Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media, <br><br> Plaintiff, <br><br> vs. <br><br> Jaime Canales-Toro, et al., <br><br> Defendants. | CASE NO. 8:21-cv-01632-TJH-PLA <br><br> NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media and Defendants Jaime Canales-Toro, Jaime R. Canales-Salas, Ada F. Canales-Salas, individually and d/b/a Regina's Restaurant and Caro Enterprises, Inc., an unknown business entity d/b/a Regina's Restaurant have settled *all* claims between themselves relative to the above-

entitled action, and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, have been forwarded to counsel for Defendants Jaime Canales-Toro, Jaime R. Canales-Salas, Ada F. Canales-Salas, and Caro Enterprises, Inc. by Plaintiff's counsel, and Plaintiff's counsel will file the Stipulation of Dismissal with the Court, *promptly* thereafter receipt of same.

**WHEREFORE,** the aforementioned parties respectfully request that all presently calendared deadlines and appearances as to Defendants Jaime Canales-Toro, Jaime R. Canales-Salas, Ada F. Canales-Salas, and Caro Enterprises, Inc. now be vacated.

Respectfully submitted,

Dated: December 10, 2021

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 10, 2021, I caused to serve the following documents entitled:

**NOTICE OF SETTLEMENT**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

| | |
|---|---|
| Victor J. Otten, Esquire<br>Otten Law, PC<br>5857 Pine Avenue, Suite B<br>Chino Hills, CA 91709 | (Attorneys For Defendants Jaime Canales-Toro, Jaime R. Canales-Salas, Ada F. Canales-Salas, and Caro Enterprises, Inc.) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 10, 2021, at South Pasadena, California.

Dated: December 10, 2021

_____
**ISABELLA FERNANDEZ**