Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, | CASE NO. 8:21-cv-01632-TJH-PLA |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| JAIME CANALES-TORO, et al, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants Jaime Canales-Toro, Jaime R. Canales-Salas, Ada F. Canales-Salas, and Caro Enterprises, Inc. that the above-entitled action is hereby dismissed **without prejudice** against Jaime Canales-Toro, Jaime R. Canales-Salas, Ada F. Canales-Salas, and Caro Enterprises, Inc.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 17, 2022, the dismissal shall be deemed to be **with prejudice.**

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: _2/28/22_ _____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.

Dated: 02-27-2022 _____
OTTEN LAW, PC
By: Victor J. Otten, Esquire
Attorneys for Defendants Jaime Canales-Toro, Jaime R. Canales-Salas, Ada F. Canales-Salas, and Caro Enterprises, Inc.

///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 28, 2021, I caused to serve the following documents entitled:

STIPULATION OF DISMISSAL

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Mr. Victor J. Otten, Esquire
**OTTEN LAW, PC**
5857 Pine Avenue, Ste. B
Chino Hills, CA 91709

(Attorneys for Defendants Jaime Canales-Toro,
**Jaime R. Canales-Salas, Ada F. Canales-Salas,**
and Caro Enterprises, Inc.)

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 28, 2021, at South Pasadena, California.

Dated: February 28, 2021

/s/ Leticia Estrada
**LETICIA ESTRADA**

///

///

///